```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 18-02448-RNO
Sherry A. Travis                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: CKovach      Page 1 of 1      Date Rcvd: Sep 25, 2018
                    Form ID: ntcnfhrg      Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2018.
```
db             +Sherry A. Travis,    PO Box 96,    Glenville, PA 17329-0096
5076494       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
5076496        +Debt Recovery Solution,    Attn: Bankruptcy,    Po Box 9003,    Syosset, NY 11791-9003
5076498        +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
5096337        +Met Ed/First Energy,    101 Crawford's Corner Rd,    Bldg 1 Suite 1-511,    Holmdel, NJ 07733-1976
5076499        +Nationwide Recovery,    501 Shelley Dr Ste 300,    Tyler, TX 75701-9553
5094307        +Ra Rogers Inc,    Po Box 3302,    crofton, MD 21114-0302
5076502        +Rushmore Lms,    Attn: Bankruptcy,    Po Box 55004,    Irvine, CA 92619-5004
5096537        +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5093645        +E-mail/Text: g20956@att.com Sep 25 2018 19:09:38     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
5076495        +E-mail/Text: melonie@reducear.com Sep 25 2018 19:09:42     Credit Business Services, Inc.,
                 Attn: Bankruptcy,    Po Box 4127,    Fort Walton Beach, FL 32549-4127
5076497        +E-mail/Text: dstewart@firstfinancial.org Sep 25 2018 19:09:23     First Financial FCU,
                 Attn: Bankruptcy,    1215 York Rd,    Lutherville, MD 21093-6207
5076501        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 25 2018 19:18:21     Regional Acceptance Co,
                 Attn: Bankruptcy,    1424 E Firetower Rd,    Greenville, NC 27858-4105
5076500        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 25 2018 19:18:21     Regional Acceptance Co,
                 1420 E Fire Tower Rd Ste,    Greenville, NC 27858-4139
5079750         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 25 2018 19:18:21     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Sherry A. Travis tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sherry A. Travis,

**Debtor 1**

Chapter 13

Case No. 1:18–bk–02448–RNO

## Amended Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **November 7, 2018** has been set for objections to confirmation of the Amended Plan. Any objections to confirmation of the Amended Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 14, 2018 <br> Time: 10:00 AM |

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CKovach, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 25, 2018 |

ntcnfhrg (03/18)